**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Data Carriers, LLC,**<br><br>Plaintiff,<br>v.<br><br>**Wal-Mart Stores, Inc., and**<br>**Wal-Mart.com USA, LLC,**<br><br>Defendants. | C.A. No.<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which Plaintiff Data Carriers, LLC ("Data Carriers") makes the following allegations against Defendants Wal-Mart Stores, Inc. and Wal-Mart.com USA, LLC ("Defendants").

## PARTIES

1. Data Carriers is a Delaware limited liability company having a principal place of business at 4023 Kennett Pike, Suite 531, Wilmington, Delaware 19807-2018.

2. On information and belief, Wal-Mart Stores, Inc. ("Wal-Mart") is a Delaware corporation with a principal place of business at 702 SW 8th Street, Bentonville, Arkansas 72716-8611. Wal-Mart has appointed The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801 as its agent for service of process.

3. On information and belief, Wal-Mart.com USA, LLC ("Wal-Mart.com") is a California limited liability company with a principal place of business at 7000 Marina Boulevard, Brisbane, California 94005. Wal-Mart.com has appointed The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801 as its agent for service of process.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, including § 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants because, among other reasons, Wal-Mart Stores is a Delaware corporation, and Defendants have done business in this District, committed acts of patent infringement in this District, and harmed Data Carriers in this District, by, among other things, using, selling, offering for sale, and importing infringing products and services in this District.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) because, among other reasons, Wal-Mart Stores is a Delaware corporation, and Defendants are subject to personal jurisdiction in this District, and have committed acts of patent infringement in this District. On information and belief, for example, Defendants has used, sold, offered for sale, and imported infringing products in this District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 5,388,198

7. Data Carriers is the owner by assignment of United States Patent No. 5,388,198 (the "'198 patent"), entitled "Proactive Presentation of Automating Features to a Computer User." The application for the '198 patent was filed on April 16, 1992. The patent issued on February 7, 1995, and was originally assigned to Symantec Corporation. A true and correct copy of the '198 patent is attached as Exhibit A.

8. Defendants have directly infringed at least claim 5 of the '198 patent, in this judicial district and elsewhere in the United States, by, among other things, making, using, importing, offering for sale, and/or selling products or services that automatically intervene in

the use of a computer system to suggest or present features based on information on the use of the system, including but not limited to autocomplete features of Defendants' website www.walmart.com. Defendants' website continuously monitors and compares user manipulations and program context with feature templates stored in memory, and presents automating features if a match is found. By using Data Carrier's claimed technology on their website, Defendants have injured Data Carriers and is thus liable for infringement of the '198 patent pursuant to 35 U.S.C. § 271.

9. Defendants have committed these acts of infringement without license or authorization.

10. As a result of Defendants' infringement of the '198 patent, Data Carriers has suffered monetary damages in an amount not yet determined, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

**PRAYER FOR RELIEF**

Data Carriers respectfully requests that this Court enter:

A. A judgment in favor of Data Carriers that Defendants have infringed the '198 patent;

B. A judgment and order requiring Defendants to pay Data Carriers its damages, costs, expenses, and prejudgment and post-judgment interest for Defendants' infringement of the '198 patent as provided under 35 U.S.C. § 284;

C. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Data Carriers its reasonable attorneys' fees against Defendants;

D. A judgment and order requiring Defendants to provide an accounting and to pay supplemental damages to Data Carriers, including without limitation, pre-judgment and post-judgment interest; and

E. Any and all other relief to which Data Carriers may show itself to be entitled.

**DEMAND FOR JURY TRIAL**

Data Carriers, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

July 19, 2012

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bwang@raklaw.com

BAYARD, P.A.

/s/ Stephen B. Brauerman (sb4952)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*