**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DATA CARRIERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and<br>WAL-MART.COM USA, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-954-LPS<br><br>**JURY TRIAL DEMANDED** |

**DATA CARRIERS, LLC'S ANSWER TO WAL-MART STORES, INC. AND WAL-MART.COM USA, LLC'S COUNTERCLAIMS**

Plaintiff Data Carriers, LLC ("Data Carriers"), by and through its undersigned counsel, answers the Counterclaims of Defendants Wal-Mart Stores, Inc. and Wal-Mart.com USA, LLC ("Defendants") by corresponding paragraph number as follows:

22. The allegations of this paragraph do not require a response from Data Carriers.

**PARTIES**

23. Admitted.

24. Data Carriers is without sufficient information to either admit or deny the allegations of this paragraph.

25. Admitted.

**JURISDICTION AND VENUE**

26. Admitted.

**COUNT I**

27. To the extent Defendants purport to incorporate the allegations of paragraphs 1-21 of Defendants' answer and affirmative defenses to the Complaint, these allegations are improper and do not require a response from Data Carriers. As to the remaining allegations of this

paragraph, Data Carriers incorporates its response to paragraphs 22-26 of Defendants' Counterclaims as if fully set forth herein.

28. Admitted.

29. Data Carriers admits that Defendants purport to deny that they have infringed and continue to infringe U.S. Patent No. 5,388,198 (the "'198 patent"). Data Carriers denies the additional factual allegations of this paragraph.

30. Data Carriers admits that there is an actual and justiciable controversy between the parties. Data Carriers denies the additional factual allegations of this paragraph.

31. Data Carriers admits that Defendants purport to request a declaration of non-infringement of the '198 patent, but denies that Defendants are entitled to such relief.

**COUNT II**

32. To the extent Defendants purport to incorporate the allegations of paragraphs 1-21 of Defendants' answer and affirmative defenses to the Complaint, these allegations are improper and do not require a response from Data Carriers. As to the remaining allegations of this paragraph, Data Carriers incorporates its response to paragraphs 22-31 of Defendants' Counterclaims as if fully set forth herein.

33. Admitted.

34. Data Carriers admits that Defendants purport to deny that the claims of the '198 patent are valid and enforceable. Data Carriers denies the additional factual allegations of this paragraph.

35. Data Carriers that there is an actual and justiciable controversy between the parties. Data Carriers denies the additional factual allegations of this paragraph.

36. Data Carriers admits that Defendants purport to request a declaration that the claims of the '198 patent are invalid and unenforceable, but denies that Defendants are entitled to such relief.

## PRAYER FOR RELIEF

WHEREFORE, Data Carriers prays for the following relief with respect to Defendant's counterclaims:

A. A dismissal with prejudice of Defendants' counterclaims;

B. An adjudication that Defendants are not entitled to any relief on their Counterclaims, including, without limitation, any fine or damages; and

C. Costs and such further relief to which Data Carriers is entitled, and which the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Data Carriers demands a trial by jury on all issues so triable.

October 9, 2012

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Attorneys for Plaintiff Data Carriers, LLC

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
bwang@raklaw.com