**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>WAL-MART STORES, INC. and<br>WAL-MART.COM USA, LLC,<br><br>               Defendants. | C.A. No. 12-954-LPS |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Wal-Mart Stores, Inc. and Wal-Mart.com USA, LLC (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendants' claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 8, 2013

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ Stephen B. Brauerman | /s/ Richard L. Horwitz |
| Richard D. Kirk (No. 922) | Richard L. Horwitz (No. 2246) |
| Stephen B. Brauerman (No. 4952) | David E. Moore (No. 3983) |
| 222 Delaware Avenue, Suite 900 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 984-6000 |
| rkirk@bayardlaw.com | rhorwitz@potteranderson.com |
| sbrauerman@bayardlaw.com | dmoore@potteranderson.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Data Carriers, LLC* | *Wal-Mart Stores, Inc. and Wal-Mart.com USA, LLC* |

2

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

OF COUNSEL:

Andrew Leibnitz
Andy Nguyen
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400